UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: MAXIM INTEGRATED PRODUCTS, INC., PATENT LITIGATION | MDL No. 2354 |

ORDER REASSIGNING LITIGATION

The Honorable Gary L. Lancaster, Chief Judge of the Western District of Pennsylvania, has recommended reassigning this litigation to the Honorable Joy Flowers Conti of that district.

IT IS THEREFORE ORDERED that this litigation is reassigned to the Honorable Joy Flowers Conti for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

FOR THE PANEL

_____
John G. Heyburn II
Chairman